## Edson R. Gilbert and William H. Dunn, Appellants, v. Robert M. Sweitzer, County Clerk, et al., Appellees.

### Gen. No. 23,630.    (Not to be reported in full.)

Appeal from the Superior Court of Cook county; the Hon. MARTIN M. GRIDLEY, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1917. Affirmed. Opinion filed June 14, 1918.

### Statement of the Case.

Bill by Edson R. Gilbert and William H. Dunn, complainants, against Robert M. Sweitzer, as county clerk of Cook county, and Henry Stuckart, as county treasurer, defendants, to enjoin the payment of salaries to 115 persons holding positions as probation officers in the Juvenile Court of Cook county. From a decree dismissing the bill for want of equity, complainants appeal.

CHARLES S. McNETT, for appellants.

MACLAY HOYNE and ROBERT E. HOGAN, for appellees; HOLT, CUTTING & SIDLEY, of counsel.

MR. JUSTICE MATCHETT delivered the opinion of the court.

### Abstract of the Decision.

1. APPEAL AND ERROR, § 1718*—*what constitutes waiver of constitutional questions.* An appeal to the Appellate Court constitutes a waiver of all questions as to the constitutionality of statutes raised in the court below.

2. INJUNCTION, § 191*—*when bill to enjoin payment of salaries to probation officers under Juvenile Court Act is insufficient.* Bill to enjoin payment of salaries of probation officers appointed under the Juvenile Court Act on the ground that such appointment was

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

made by the judges without request from the clerk of the Circuit Court, and was without warrant of law; that the order of appointment designated such officers by names descriptive of the duties to be performed by them, such as "Director Juvenile Psychopathic Institute," etc., and that the act was being maladministered, *held* insufficient to state a cause of action.

---

## Andrew P. Gustavson, Appellee, v. George C. Hester, Appellant.

### Gen. No. 23,682. (Not to be reported in full.)

Appeal from the Circuit Court of Cook county; the Hon. RICHARD S. TUTHILL, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1917. Reversed and remanded. Opinion filed June 14, 1918.

### Statement of the Case.

Action by Andrew P. Gustavson, plaintiff, against George C. Hester, defendant, to recover damages for personal injuries sustained in an automobile collision. From a judgment for plaintiff, defendant appeals.

ZIMMERMAN, GARRETT & RUNDALL, for appellant.

EDWARD H. TAYLOR, for appellee; LELAND V. PIERSON, of counsel.

MR. JUSTICE MATCHETT delivered the opinion of the court.

### Abstract of the Decision.

1. AUTOMOBILES AND GARAGES, § 3*—*when negligence of respective drivers of colliding automobiles is question for jury.* Conflicting

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.